Núm. 1.—Pueblo, querellante *v.* The Fajardo Sugar Co., of P. R., et als., dmdas.—Original. ▉▉▉▉▉▉▉ Julio 12, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vistas las sendas mociones eliminatorias radicadas por The Fajardo Sugar Growers' Association, Loíza Sugar Company y The

Fajardo Sugar Company of Porto Rico, por las que dichas demandadas solicitan la eliminación de numerosas alegaciones de la querella enmendada, todas las cuales figuraban en la querella original y cuya eliminación fué solicitada y denegada por esta Corte por resolución de 18 de enero de 1937 (50 D.P.R. 966).

Por cuanto, el propósito fundamental de las querelladas al reproducir dichas mociones ha sido el de reservar sus derechos para el caso de una apelación, según lo manifestaron sus abogados al someter dichas mociones sin argumentación.

Por los fundamentos de la citada resolución de 18 de enero de 1937 se declaran sin lugar las eliminaciones solicitadas.

El Juez Asociado Sr. Córdova Dávila no intervino.